1 | Rafael Nendel-Flores, Esq. (State Bar No. 223358)
  | Rafael.Nendel-Flores@leclairryan.com
2 | Guillermo M. Tello, Esq. (State Bar No. 277896)
  | Guillermo.Tello@leclairryan.com
3 | LECLAIRRYAN, LLP
  | 725 South Figueroa Street, Suite 350
4 | Los Angeles, CA 90017
  | TELEPHONE: 213.337.3203
5 | TELEFAX: 213.624.3755

6 | Attorney for Defendants
  | SCOOBEEZ AND AVITUS, INC.
7 | dba AVITUS GROUP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DE'VON WALKER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCOOBEEZ, a California Corporation; AVITUS, INC., a Montana corporation; AVITUS GROUP., an unknown business entity; SCOOBEEZ, INC. CORP LA., a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.:**<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3**<br><br>[28 U.S.C. § 1331 (FEDERAL QUESTION JURISDICTION]<br><br>*[Filed concurrently with Petition and Notice of Removal; Civil Cover Sheet; Corporate Disclosure Statement; and Notice of Interested Parties]*<br><br>***Complaint Filed: May 29, 2018***<br>***Trial Date:       None Set*** |

1
**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3**

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT**, pursuant to Local Rule 83-1.3.1, there are no related cases previously filed or currently pending before the United States District Court for the Central District of California.

DATED: July 13, 2018          LECLAIRRYAN LLP

By: _____
Rafael G. Nendel-Flores, Esq.
Guillermo M. Tello, Esq.
Attorney for Defendants
SCOOBEEZ AND AVITUS, INC.
dba AVITUS GROUP