# EXHIBIT A



**AVITUS GROUP**
INTEGRATED BUSINESS RESOURCES

CORPORATE HEADQUARTERS:
1.800.454.2446 • AVITUSGROUP.COM
P.O. BOX 81590 • BILLINGS, MT • 59108

## EMPLOYEE ACKNOWLEDGEMENT AND ARBITRATION AGREEMENT

1. It is hereby agreed by and between (Print Name) De'Von Maurice Walker (hereinafter "Employee"), Scoobeez, Inc. Corp. LA (Admin/Dispatcher) (hereinafter "Worksite Employer"), and AVITUS GROUP (hereinafter "Administrative Employer") that the Worksite Employer, AVITUS GROUP, or the Employee can terminate the employment and compensation of Employee at any time, with or without cause and/or with or without notice, at the option of the Worksite Employer, AVITUS GROUP, or the Employee.

2. Employee further agrees and acknowledges that Worksite Employer, AVITUS GROUP, and Employee will utilize binding arbitration to resolve all disputes that may arise out of the employment context. Worksite Employer, AVITUS GROUP, and Employee each agree that any claim, dispute, and/or controversy that either Employee may have against Worksite Employer or AVITUS GROUP (or their owners, directors, officers, managers, employees, agents, and parties affiliated with their employee benefit and health plans), or that Worksite Employer or AVITUS GROUP may have against Employee, arising from, related to, or having any relationship or connection whatsoever with Employee seeking employment with, employment by, termination from, or other association with Worksite Employer and AVITUS GROUP shall be submitted to and determined exclusively by binding arbitration under the Federal Arbitration Act, in conformity with the procedures of the California Arbitration Act (Cal. Code Civ. Proc. sec 1280 et seq., including section 1283.05 and all of the Act's other mandatory and permissive rights to discovery). Included within the scope of this Agreement are all disputes, whether based on tort, contract, statute (including, but not limited to, any claims of discrimination and harassment, whether they be based on the California Fair Employment and Housing Act, Title VII of the Civil Rights Act of 1964, as amended, or any other state or federal law or regulation), equitable law, or otherwise, with exception of claims arising under the National Labor Relations Act which are brought before the National Labor Relations Board, claims for medical and disability benefits under the California Workers' Compensation Act, Employment Development Department claims, or as otherwise required by state or federal law. However, nothing herein shall prevent Employee from filing and pursuing proceedings before the California Department of Fair Employment and Housing, or the United States Equal Employment Opportunity Commission (although if Employee chooses to pursue a claim following the exhaustion of such administrative remedies, that claim would be subject to the provisions of this Agreement). In addition to any other requirements imposed by law, any arbitrator herein shall be a retired California Superior Court Judge and shall be subject to disqualification on the same grounds as would apply to a judge of such court. All rules of pleading (including the right of demurrer), all rules of evidence, all rights to resolution of the dispute by means of motions for summary judgment, judgment on the pleadings, and judgment under Code of Civil Procedure Section 631.8 shall apply and be observed. Resolution of the dispute shall be based solely upon the law governing the claims and defenses pleaded, and the arbitrator may not invoke any basis (including but not limited to, notions of "just cause") other than such controlling law. The arbitrator shall have the immunity of a judicial officer from civil liability when acting in the capacity of an arbitrator, which immunity supplements any other existing immunity. Likewise, all communications during or in connection with the arbitration proceedings are privileged in accordance with Cal. Civil Code Section 47(b). As reasonably required to allow full use and benefit of this agreement's modifications to the Act's procedures, the arbitrator shall extend the times set by the Act for the giving of notices and setting of hearings. Awards shall include the arbitrator's written reasoned opinion. **EMPLOYEE UNDERSTANDS BY VOLUNTARILY AGREEING TO THIS BINDING ARBITRATION PROVISION THAT EMPLOYEE, AVITUS GROUP, AND/OR THE WORKSITE EMPLOYER GIVE UP THEIR RIGHTS TO TRIAL BY JURY.**

3. This is the entire agreement between Worksite Employer, AVITUS GROUP, and Employee regarding dispute resolution, the length of Employee's employment, and the reasons for termination of employment, and this agreement supersedes any and all prior agreements regarding these issues. It is further agreed and understood that any agreement contrary to the foregoing must be entered into, in writing, by the President of Worksite Employer, to be binding against Worksite Employer, or a Vice President or higher of AVITUS GROUP, to be binding against AVITUS GROUP. No supervisor or representative of Worksite Employer or AVITUS GROUP, other than the President of Worksite Employer or a Vice President or higher of AVITUS GROUP, has any authority to enter into any agreement for employment for any specified period of time or make any agreement contrary to the foregoing. <u>Oral representations made before or after you are hired do not alter this Agreement</u>.

MY SIGNATURE BELOW ATTESTS TO THE FACT THAT I HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS.

De'Von Maurice Walker 9/30/2016 7:27:37 PM GMT
Employee's Signature                                                                                             Date

Exhibit A
Page 5