Rafael Nendel-Flores, Esq. (State Bar No. 223358)
Rafael.Nendel-Flores@leclairryan.com
Guillermo M. Tello, Esq. (State Bar No. 277896)
Guillermo.Tello@leclairryan.com
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017
TELEPHONE: 213.337.3203
TELEFAX: 213.624.3755

Attorney for Defendants
SCOOBEEZ AND AVITUS, INC.
dba AVITUS GROUP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DE'VON WALKER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCOOBEEZ, a California Corporation; AVITUS, INC., a Montana corporation; AVITUS GROUP., an unknown business entity; SCOOBEEZ, INC. CORP LA., a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-6108 AB (RAOx)<br><br>**DECLARATION OF RAFAEL NENDEL-FLORES IN SUPPORT OF DEFENDANTS SCOOBEEZ'S AND AVITUS, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS**<br><br>*[Filed concurrently with Notice of Motion and Motion to Compel Individual Arbitration and to Dismiss or, in the alternative, Stay The Proceedings; Declarations of Jodi Milliron, Sarah Staus and Pablo Olvera; and [Proposed] Order]*<br><br>*Date:       August 24, 2018*<br>*Time:       10:00 a.m.*<br>*Location:  Courtroom 7B*<br><br>**Complaint Filed:  May 29, 2018**<br>**Trial Date:       None Set** |

1

DECLARATION OF RAFAEL NENDEL-FLORES IN SUPPORT OF
DEFENDANTS MOTION TO COMPEL INDIVIDUAL ARBITRATION AND
TO DISMISS OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS

## DECLARATION OF RAFAEL NENDEL-FLORES

I, Rafael Nendel-Flores, declare and state as follows:

1.      I am an attorney at law duly licensed to practice before the Central District of California and all California State Courts.  I am a partner with LeClairRyan, LLP, attorneys of record for Defendants Scoobeez and Avitus (collectively "Defendants").

2.      This Declaration is made in support of Defendants' Motion to Compel Contractual Arbitration.

3.      On July 11, 2018, I sent an e-mail to Mr. David Yermian of David Yermian & Associates Inc., attorneys of record for Plaintiff De'Von Walker. I informed Plaintiff's counsel that Plaintiff executed a binding and enforceable arbitration agreement and asked that Plaintiff stipulate to individual arbitration. I requested that Plaintiff's counsel to respond by July 17, 2018. A true and correct copy of the email is attached hereto as **Exhibit A.**

4.      On July 13, 2018, Plaintiff's counsel replied via e-mail requesting a brief extension to respond to the demand. A true and correct copy of the e-mail is attached hereto as **Exhibit A 1.**

5.      On July 14, 2018, I notified Plaintiff's counsel that, due to Central District's Local Rules, Defendants' motion to compel arbitration needed to be filed by Friday July 20, 2018. I asked counsel to provide a response by Tuesday July 17, 2018. A true and correct copy of the e-mail is attached hereto as **Exhibit A 2.**

6.      On July 18, 2018, Plaintiff's counsel advised that Plaintiff would not stipulate to individual arbitration. A true and correct copy of the e-mail is attached hereto as **Exhibit A 3.**

/ / /

/ / /

2

1       I declare under penalty of perjury pursuant to the laws of the State of

2   California and the United States of America that the foregoing is true and correct.

3

4       Executed on this 20th day of July, 2018 at Los Angeles, California.

5

6                               _____

7                                   Rafael Nendel-Flores

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RAFAEL NENDEL-FLORES IN SUPPORT OF
DEFENDANTS MOTION TO COMPEL INDIVIDUAL ARBITRATION AND
TO DISMISS OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS