DAVID YEREMIAN & ASSOCIATES, INC.
Roman Shkodnik (SBN 285152)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

DAVTYAN PROFESSIONAL LAW CORPORATION
Emil Davtyan (SBN 299363)
support@davtyanlaw.com
5959 Topanga Canyon Blvd, Suite 130
Woodland Hills, CA 91367
Telephone: (818) 875-2008
Facsimile: (818) 722-3974

Attorneys for Plaintiff DE'VON WALKER,
on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON WALKER, on behalf of himself and others similarly situated, | Case No.:  2:18-cv-06108 AB (RAOx) |
| Plaintiff, | Judge: Hon. Andre Birotte Jr.<br>Magistrate: Hon. Rozella A. Oliver |
| vs. | **DECLARATION OF DE'VON WALKER IN SUPPORT OF PLAINTIFF  DE'VON WALKER 'S OPPOSITION TO  DEFENDANT SCOOBEEZ'S AND DEFENDANT AVITUS, INC'S DBA AVITUS GROUP'S  MOTION TO COMPEL ARBITRATION** |
| SCOOBEEZ, a California corporation; AVITUS, INC., a Montana corporation; AVITUS GROUP., an unknown business entity; SCOOBEEZ, INC. CORP LA., a business entity of unknown form;  and DOES 1 through 50, inclusive, | |
| Defendants. | Date:   August 24, 2018<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 7B |
| | Complaint Filed: June 14, 2017 |

DocuSign Envelope ID: 2EA87149-701D-4FDC-87BE-5B3D81B4BDE3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>DECLARATION OF DE'VON WALKER</u>

I, DE'VON WALKER, declare as follows:

      1.     My name is DE'VON WALKER. I am the Plaintiff in the above named lawsuit.  This declaration is made in support of Plaintiff's Opposition to Defendant Scoobeez's and Defendant Avitus, Inc. dba Avitus Group's Motion To Compel Arbitration.  The statements herein are of my own personal knowledge and if called upon, I could and would competently testify thereto.

      2.     I began my employment with Defendant Scoobeez and Defendant Avitus, Inc. dba Avitus Group (collectively "Defendants") as a machine operator in or around 2015.

      3.     I was told by Defendants that as part of the process for working for Defendants I must sign the purported arbitration agreement (the "AA")  with Defendants on  September 30, 2016. It was presented to me on a take it or leave it basis.

      4.     At the time I was presented the AA on September 30, 2016 I was never given an explanation of the terms listed in the AA, never given an opportunity to negotiate any of its terms, and never given a meaningful opportunity to consult an attorney regarding the terms of the AA prior to signing it. In addition, I was never given an explanation of the arbitration process, the disadvantages of any terms of the arbitration, or information regarding arbitration tribunals.  As I did not want to Risk losing my job with Defendants, I signed the AA.

      I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

      Executed this 1st day of August 2018, at Irvine, California.



DocuSigned by:

*De'Von Walker*

C9DC7009879C4E5...

DE'VON WALKER

     DECLARATION OF DE'VON WALKER